No. 946. Niagara Falls Gas & Electric Light Co. *v.* Prendergast et al.;
No. 947. U. S. Light & Heat Corp. et al. *v.* Same; and
No. 948. Niagara Falls *v.* U. S. Light & Heat Corp. et al. June 1, 1931. Petitions for writs of certiorari to

the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harry D. Williams* and *Lawrence G. Williams* for Niagara Falls Gas & Electric Light Co. *Messrs. Alan V. Parker* and *John J. Bennett, Jr.,* for U. S. Light & Heat Corp. et al. *Mr. Basil Robillard* for City of Niagara Falls. *Mr. Charles G. Blakeslee* for Prendergast et al.